UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GALLAGHER,

    Plaintiff,

v.

EB GOLF MEDIA LLC,

    Defendant.
_____/

Case Number 21-11795
Honorable David M. Lawson

## ORDER OF DISMISSAL

On December 13, 2021, the plaintiff filed a notice of voluntary dismissal of all his claims in this matter. The defendant has not filed any answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED**.

                                           s/David M. Lawson
                                           DAVID M. LAWSON
                                           United States District Judge

Dated: December 16, 2021